# TIAJOLOFF & KELLY LLP

**MEMO ENDORSED**

CHRYSLER BUILDING, 37TH FLOOR
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174

TEL. NO. 212-490-3285
FAX NO. 212-490-3295
E-MAIL: atiajoloff@tkiplaw.com



**BY FAX (212) 805-7927**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/06/2013__

July 24, 2013

Hon. Judge Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Alexander Benzemann v. Citibank et al.*
       Case No. 12 CV 9145 (NRB)

Dear Judge Buchwald:

The undersigned is counsel for the Plaintiff Alexander Benzemann in the above-referenced matter.

As directed by the Court in our telephone conference on July 18, counsel for all parties conducted a further conference, and worked out the following dates for briefing schedules for the motion of Defendant Citibank to compel arbitration and the motion of Defendants Houslanger & Associates PLLC and Todd Houslanger, Esq. (here together referred to together as "Houslanger") to dismiss the Complaint, subject to approval of the Court:

**MEMO ENDORSED**

**Citibank motion:**

| | |
|---|---|
| Citibank motion due: | September 20, 2013 |
| Plaintiff's opposition due: | October 11, 2013 |
| Citibank reply due: | October 30, 2013 |

*The motions should be briefed in accordance with this schedule.*
*So Ordered.*
*Naomi Reice Buchwald, USDJ*
*August 1, 2013*

**Houslanger motion:**

| | |
|---|---|
| Houslanger motion due: | September 27, 2013 |
| Plaintiff's opposition due: | October 18, 2013 |
| Houslanger reply due: | November 6, 2013 |

Counsel for Defendant New Century expressed the wish to join in the Houslanger motion to dismiss. All counsel agreed that that would be acceptable, if the Court allows. Plaintiff also reserves the right to seek leave of the Court to serve sur-reply briefs with respect to both motions. Defendants object to sur-reply briefs.

# TIAJOLOFF & KELLY LLP

Hon. Judge Naomi R. Buchwald
July 24, 2013
Page 2

In addition, the Houslanger Defendants, although they are prepared to brief their motion to dismiss per the schedule proposed above, request that, in the interests, in their view, of judicial economy and the orderly administration of the case, the Court consider postponing the briefing and consideration of the Houslanger motion to dismiss the Complaint until after the Court's ruling on Citibank's motion to compel arbitration.

Counsel for Plaintiff opposes such a stay, and would prefer the parallel briefing and consideration of the motions, as presently contemplated by the Court.

Counsel for Plaintiff takes the position that the Court will need to review the claims expressed in the Complaint in acting on both the Citibank motion to compel arbitration of those claims and the Houslanger motion to dismiss those claims, and therefore that the proposed *seriatim* consideration of the Citibank and Houslanger motions would only result in unnecessary delay of several months with no improvement in judicial efficiency.

Counsel for Citibank takes no position concerning the timing of the Houslanger Defendants' motion to dismiss.

Should concurrent consideration be directed by the Court, then the Court's approval of the above proposed briefing schedules is requested. If *seriatim* consideration is to be conducted, then the Court's approval of the proposed briefing schedule for the Citibank motion is proposed, and the Houslanger motion briefing schedule would be stayed.

The Court's advice as to which approach will be followed is respectfully requested.

Respectfully submitted,

Andrew L. Tiajoloff, Esq.
Attorney for Plaintiff

Cc:  Barry Glickman, Esq.,
Anthony Giacobbe, Jr., Esq.
Attorneys for Defendant Citibank N.A.
VIA FAX (212) 753-0396

Robert J. Bergson, Esq.,
Attorney for Houslanger & Associates PLLC and Todd Houslanger, Esq.
VIA FAX (212) 937-3330

Mitchell Williamson, Esq.,
Attorney for Defendant New Century Financial Services, Inc.
VIA FAX (845) 818-3829