# MEMO ENDORSED
# TIAJOLOFF & KELLY LLP

CHRYSLER BUILDING, 37ᵀᴴ FLOOR
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174

TEL. NO. 212-490-3285
FAX NO. 212-490-3295
E-MAIL: atiajoloff@tkiplaw.com

12/13/2013

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

DEC - 4 2013

UNITED ST...

**BY HAND**

December 3, 2013

Hon. Judge Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Alexander Benzemann v. Citibank et al.*          **MEMO ENDORSED**
      Case No. 12 CV 9145 (NRB)
      **Request for Leave to File Sur-Reply to Citibank Reply**

Your Honor:

As counsel for Plaintiff Alexander Benzemann, we respectfully request leave to file
the attached Sur-Reply in response to the Reply of Defendant Citibank to the Opposition of
Plaintiff to Citibank's Motion to Compel Arbitration.

Plaintiff raised some points for the first time in Plaintiff's Opposition to Citibank's
Motion to Compel Arbitration to which Citibank reacted in its Reply; the requested Sur-
Reply is sought to comment on Citibank's reaction to Plaintiff's points, which were:

1. the absence in the record of the client manual effective starting December 9,
   2011;
2. the construction of the specific language of the April 2011 manual regarding
   what disputes are subject to compulsory arbitration; and
3. the unenforceability of the arbitration clause as unconscionable due to
   provisions that might be used by Citibank to limit punitive damages.

Entry of the proposed Sur-Reply on the record is therefore respectfully sought.

Respectfully submitted

Andrew L. Tiajoloff
Counsel for Plaintiff
Alexander Benzemann

*[handwritten endorsement:]* Application Granted. [signature] Buchwald, USDJ 12/12/13

# TIAJOLOFF & KELLY LLP

Hon. Judge Naomi R. Buchwald
December 3, 2013
Page 2

Cc:   Barry Glickman, Esq.,
      Attorney for Defendant Citibank N.A.
      VIA FAX (212) 753-0396

      Robert J. Bergson, Esq.
      Attorney for Defendants Todd Houslanger, Esq., and
      Houslanger & Associates PLLC
      VIA FAX (212) 937-3330

      Mitchell Williamson, Esq.,
      Attorney for Defendant New Century
      VIA FAX (845) 818-3829

# TIAJOLOFF & KELLY LLP